UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ROBERT WILLIAMS, Plaintiff, | § § § § | CIVIL ACTION NO. 4:20-cv-01675 |
| vs. | § § § | JUDGE CHARLES ESKRIDGE |
| ANDREW SAUL, Defendant. | § § § | |

## ORDER ADOPTING
## MEMORANDUM AND RECOMMENDATION

This case involves claims by Plaintiff Robert Williams against Defendant Andrew Saul, the Commissioner of the Social Security Administration, for review of the denial of disability insurance benefits under Title XVI of the Social Security Act. See Dkt 1.

The case was referred for disposition to Magistrate Judge Sam S. Sheldon. Dkt 9. Williams and Saul subsequently filed cross motions for summary judgment. Dkts 13, 14. The Magistrate Judge recommended that the motion by the Commissioner be granted, and that the motion by Williams be denied. Dkt 22. Any objection was due by May 21, 2021, being fourteen days after the entry of the Memorandum and Recommendation. See FRCP 72(b). Neither party filed an objection.

The district court conducts a *de novo* review of those conclusions of a magistrate judge to which a party has specifically objected. See 28 USC § 636(b)(1)(C); *United States v Wilson*, 864 F2d 1219, 1221 (5th Cir 1989). To accept any other portions to which there is no objection, the reviewing court need only satisfy itself that no clear error appears on the face of the record. See *Guillory v PPG Industries Inc*, 434 F3d 303, 308 (5th Cir 2005), citing *Douglass v United Services Automobile Association*, 79 F3d 1415, 1420 (5th Cir 1996); see also FRCP 72(b) Advisory Comm Note (1983).

The Court has reviewed the pleadings, the record, the applicable law, and the recommendation. No clear error appears on the face of the record.

The Memorandum and Recommendation of the Magistrate Judge is ADOPTED as the Memorandum and Order of this Court. Dkt 22.

The motion for summary judgment by Defendant Andrew Saul, as the Commissioner of the Social Security Administration is GRANTED. Dkt 14. The motion for summary judgment filed by Plaintiff Robert Williams is DENIED. Dkt 13.

This case is DISMISSED WITH PREJUDICE.

SO ORDERED.

Signed on May 27, 2021, at Houston, Texas.

*Charles R Eskridge III*
Hon. Charles Eskridge
United States District Judge